No. 95–1940. McKoy et ux. v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–1941. McAllister v. Telxon Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 95–1942. Harney v. California State Bar. Sup. Ct. Cal. Certiorari denied.

No. 95–1943. Barkley, Trustee v. Conner et al. C. A. 9th Cir. Certiorari denied.

No. 95–1944. Pippin v. Bennett. C. A. 5th Cir. Certiorari denied.

No. 95–1945. Greenspan v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied.

No. 95–1946. Sims v. Brown & Root Industrial Services, Inc. C. A. 5th Cir. Certiorari denied.

No. 95–1947. Valmet Oy et al. v. Aldy, Individually and as Legal Representative of Aldy, Deceased, et al. C. A. 5th Cir. Certiorari denied.

No. 95–1949. Neuman v. Bennett. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 95–1950. Dunmeyer et al. v. Becton, Dickinson & Co. C. A. 9th Cir. Certiorari denied.

No. 95–1952. Fukutomi v. United States Trustee. C. A. 9th Cir. Certiorari denied.

No. 95–1953. Burns v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–1954. Hopewell v. Midcontinent Broadcasting Corp., dba KELO-Land News, et al. Sup. Ct. S. D. Certiorari denied.

No. 95–1955. Goranowski v. Department of Education. C. A. 4th Cir. Certiorari denied.